1

2

3         UNITED STATES DISTRICT COURT    O

4         CENTRAL DISTRICT OF CALIFORNIA

5

6 AMTRUST BANK,        )    Case No. EDCV 09-02275
                      )    VAP(DTBx)

7        Plaintiff, )

8    v.              )    **ORDER RE: STATUS CONFERENCE**
                      )

9 CARRIAGE ESTATES, III, )
LLC, et al.         )

10                  )

        Defendants. )

11 _____

12      On June 4, 2012, the Court held a Status Conference

13 in this matter, at which counsel for Plaintiff Amtrust

14 Bank ("Plaintiff") appeared.  Plaintiff's counsel stated

15 Plaintiff intends to voluntarily dismiss the case.

16 Accordingly, the Court hereby ORDERS Plaintiff to notify

17 all Defendants at their last known addresses of

18 Plaintiff's intent to voluntarily dismiss the action and

19 that any objection must be filed within 15 days of the

20 Notice.  If no objections are filed Plaintiff may then

21 move to dismiss.

22      The Clerk shall enter this Order and furnish copies

23 to counsel and any pro se appearing Defendant.

24      Dated June 7, 2012.

25               s/ Justin L. Quackenbush
              JUSTIN L. QUACKENBUSH

26      SENIOR UNITED STATES DISTRICT JUDGE

27

28