UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

O

| | |
|---|---|
| AMTRUST BANK,<br><br>        Plaintiff,<br><br>  v.<br><br>CARRIAGE ESTATES, III,<br>LLC, et al.<br><br>        Defendants. | Case No. EDCV 09-02275<br>VAP(DTBx)<br><br>**ORDER RE: STATUS CONFERENCE** |

    On June 4, 2012, the Court held a Status Conference in this matter, at which counsel for Plaintiff Amtrust Bank ("Plaintiff") appeared. Plaintiff's counsel stated Plaintiff intends to voluntarily dismiss the case. Accordingly, the Court hereby ORDERS Plaintiff to notify all Defendants at their last known addresses of Plaintiff's intent to voluntarily dismiss the action and that any objection must be filed within 15 days of the Notice. If no objections are filed Plaintiff may then move to dismiss.

    The Clerk shall enter this Order and furnish copies to counsel and any pro se appearing Defendant.

    Dated June 7, 2012.

                      s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE