**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST BANK, ) | Case No. EDCV 09-02275 |
| ) | VAP(DTBx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| CARRIAGE ESTATES, III, ) | |
| LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 3, 2012          _____
                                    VIRGINIA A. PHILLIPS
                                United States District Judge